UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                :

EGE KILINIC

                                                                                                :      ORDER DIRECTING THE CLERK
                                                                                                                   TO ISSUE SUMMONS

            Plaintiff,                          :

                                                                        :      25 Civ. 7931 (AT) (GWG)

                                                                                   :

    -v.-

                                                                                   :

PMMUE EDUSERVICES PRIVATE LIMITED    :
et al.,

                                                                                   :

            Defendants.                  :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The Clerk's Office is directed to issue a summons as to each defendant in this matter. Plaintiff is reminded that plaintiff is under the obligation to properly and timely serve the summons and complaint. <u>See</u> Rule 4 of the Federal Rules of Civil Procedure.

       SO ORDERED.

Dated:  September 29, 2025
           New York, New York

                                                                                       GABRIEL W. GORENSTEIN
                                                                                    United States Magistrate Judge