```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/29/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ege Kilinc,

                Plaintiff,

-against-

PMMUE EDUSERVICES PRIVATE LIMITED d/b/a TETR College of Business a/k/a Tetr, New York; UBI Business School; and Viney Sawhney,

                Defendants.

25 Civ. 7931 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the motion for a temporary restraining order filed by Plaintiff *pro se*, Ege Kilinc. ECF Nos. 5–7, 9. The purpose of a temporary restraining order under Federal Rule of Civil Procedure 65(b) "is to preserve an existing situation *in status quo* until the [C]ourt has an opportunity to pass upon the merits of the demand for a preliminary injunction." *Warner Bros. Inc. v. Dae Rim Trading, Inc.*, 877 F.2d 1120, 1125 (2d Cir. 1989) (citation omitted). Here, Kilinc seeks a temporary restraining order that would provide him with affirmative relief changing the *status quo*. *See* ECF Nos. 5–7, 9. Accordingly, Kilinc's motion for a temporary restraining order is DENIED.

      Kilinc has also filed an application for the Court to request pro bono counsel. ECF No. 4. The factors to be considered in ruling on a litigant's request for counsel include the merits of their case, their efforts to obtain a lawyer, and their ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers*, 802 F.2d 58, 60–62 (2d Cir. 1986). Of these, the merits command "the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of this action, Kilinc's application for the Court to request pro bono counsel is DENIED without prejudice to renewal at a later date.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 4.

      SO ORDERED.

Dated: September 29, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge