UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                                                  :

EGE KILINIC

                                                           :          <u>ORDER OF SERVICE</u>

               Plaintiff,               :

                                                                                  :          25 Civ. 7931 (AT) (GWG)

                                                           :

   -v.-

                                                           :

PMMUE EDUSERVICES PRIVATE LIMITED   :
et al.,

                                                           :

             Defendants.            :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      It has come to the Court's attention that in addition to paying the filing fee in this matter, the plaintiff has also sought proceed in forma pauperis (Docket # 4). In light of the representations made in that application, the plaintiff's application to proceed in forma pauperis (Docket # 4) is granted.

      Because plaintiff is proceeding in forma pauperis, he has the right to request that the U.S. Marshal Service serve the summons and complaint on any defendant located in the United States. The U.S. Marshal, however, is not authorized to make service outside the United States. <u>See</u>, <u>e.g.</u>, <u>Staffeld v. U. Paris Panthenon-Assas</u>, 2025 WL 2448472, at *4 (E.D. Mich. Aug. 25, 2025) (citing authorities). Thus, plaintiff must arrange service on defendant UBI Business School himself.

      To allow plaintiff to effect service on defendants PMMUE Eduservices Private Limited and Viney Sawhney through the U.S. Marshals Service, the Clerk of Court is instructed to (1) issue summonses as to defendants PMMUE Eduservices Private Limited and Viney Sawhney and (2) complete the U.S. Marshals Service Process Receipt and Return form ("USM-285 form") with addresses for PMMUE Eduservices Private Limited and Viney Sawhneyas as stated in the complaint and deliver to the Marshals Service all the documents necessary for the Marshals Service to effect service on these two defendants.

      SO ORDERED.

Dated: September 29, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge