UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
          :
EGE KILINIC
          :    <u>ORDER</u>

    Plaintiff,        :
              25 Civ. 7931 (AT) (GWG)
          :
  -v.-
          :

PMMUE EDUSERVICES PRIVATE LIMITED  :
et al.,
          :

    Defendants.    :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The Clerk has informed the Court that the complaint does not contain an address for Viney Sawhney. Plaintiff is directed to file a letter or affidavit with an address for this defendant.

    Once that letter or address is filed, the Clerk of Court will be instructed to complete the USM-285 form for this defendant and deliver that form to the Marshals Service in accordance with the Order of Service dated September 29, 2025.

    SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge