UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EGE KILINIC
:          ORDER OF SERVICE
:
Plaintiff,      :
:          25 Civ. 7931 (AT) (GWG)
:
-v.-
:
:
PMMUE EDUSERVICES PRIVATE LIMITED      :
et al.,
:
:
Defendants.      :
-----------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Plaintiff has been authorized to proceed in forma pauperis. To allow plaintiff to effect service on defendant Viney Sawhney through the U.S. Marshals Service, the Clerk of Court is instructed to (1) issue a summons as to defendant Viney Sawhney and (2) complete the U.S. Marshals Service Process Receipt and Return form ("USM-285 form") with the address for Viney Sawhneyas as stated in Docket # 23 and deliver to the Marshals Service all the documents necessary for the Marshals Service to effect service on this defendant.

     SO ORDERED.

Dated: October 1, 2025
      New York, New York

                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge