UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                        :

EGE KILINIC

                                                                                        :      <u>ORDER</u>

               Plaintiff,                                  :

                                                                                        :      25 Civ. 7931 (AT) (GWG)

     -v.-                                                      :

PMMUE EDUSERVICES PRIVATE LIMITED  :
et al.,
                                                                                        :

               Defendants.                              :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      With respect to plaintiff's recent filings (Docket ## 26, 28, 29, 30), the Court notes that Judge Torres has already denied plaintiff's request for a temporary restraining order. To the extent plaintiff seeks to have defendants be put on notice of the allegations in these documents as part of his request for a preliminary injunction, plaintiff has leave to serve these documents on defendants by the means previously authorized in the Order to Show Cause.

      To the extent plaintiff is seeking to supplement his motion for alternative service of the summons and complaint (Docket # 18), he may file an affidavit to supplement that motion that explains in detail why any proposed new means of service are appropriately ordered.

      SO ORDERED.

Dated: October 14, 2025
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge