UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :

EGE KILINC

                                        :    ORDER

            Plaintiff,          :

                                          :    25 Civ. 7931 (AT) (GWG)

                                          :

     -v.-

                                          :

PMMUE EDUSERVICES PRIVATE LIMITED   :
et al.,

                                          :

           Defendants.        :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The Court issues this Order to clarify the parties' responsibilities in light of the fact that all dispositive motions have been referred to the undersigned.

       Judge Torres' Individual Practices with respect to motions to dismiss need not be followed. The undersigned, however, does have a pre-motion conference requirement for any motion to dismiss as reflected in paragraph 2.A of the Court's Individual Practices. The filing of the letter required by that paragraph will satisfy the deadline for the filing of a motion under Fed. R. Civ. P. 12(b)(4). Thus, under the parties' stipulation (Docket # 92), any letter from a defendant requesting permission to make a motion to dismiss shall be filed on or before January 12, 2026.

       SO ORDERED.

Dated: December 4, 2025
      New York, New York

                                              GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge