UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                              :
EGE KILINC
                                                              :      ORDER
                           Plaintiff,                         :
                                                                     25 Civ. 7931 (AT) (GWG)
                                                              :
         -v.-                                                 :

PMMUE EDUSERVICES PRIVATE LIMITED             :
et al.,
                                                              :
                           Defendants.                        :
--------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

         Defendants are directed to file a letter on or before January 23, 2026, stating their position as to plaintiff's request to file an amended complaint as set forth in Docket # 107. Defendants' response should not address any other issues raised in Docket # 107, such as the merits of any motion to dismiss or any request for jurisdictional discovery.

         Instead, the letter should indicate whether defendants oppose the Court's granting plaintiff's request for permission to file an amended complaint. The Court notes that (1) plaintiff is not yet entitled to file an amended pleading as of right under Fed. R. Civ. P. 15(a)(1)(B) given that defendants have not yet filed their proposed motion to dismiss; and (2) if plaintiff is given permission to file an amended pleading now, plaintiff may be entitled to file a second amended pleading as of right after defendants file any motion to dismiss. The Court further notes that plaintiff's application violates Local Civil Rule 15.1(a) by failing to include a copy of his proposed amended complaint.

         SO ORDERED.

Dated: January 16, 2026
         New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge