UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                          :

EGE KILINC

                          :       <u>ORDER</u>

         Plaintiff,        :

                             25 Civ. 7931 (AT) (GWG)

                          :

   -v.-

                          :

PMMUE EDUSERVICES PRIVATE LIMITED   :
et al.,

                          :

         Defendants.      :
--------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Plaintiff's request for leave to file an amended complaint as contained in Docket # 107 is granted to the following extent: plaintiff may file an amended complaint provided it names no new defendant and amends solely for the purpose stated in Docket # 107 --- that is, to address the pleading deficiencies set forth in defendants' letter dated January 12, 2026 (Docket # 105). If the amended complaint fails to comply with this Order, it will be stricken as unauthorized.

      Any such amended complaint shall be filed by February 17, 2026. Defendants may respond by March 10, 2026, by either filing an answer or motion. Briefing on any motion shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      SO ORDERED.

Dated: January 26, 2026
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge