UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ege Kilinc,

        Plaintiff,

    -against-

PMMUE EDUSERVICES PRIVATE LIMITED d/b/a
TETR College of Business a/k/a Tetr, New York; UBI
Business School; and Viney Sawhney,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/2026_____

25 Civ. 7931 (AT) (GWG)

**ORDER ADOPTING
REPORT AND
<u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

    Plaintiff *pro se*, Ege Kilinc, moves for a preliminary injunction seeking various forms of relief related to his status as a student at Tetr College of Business ("Tetr"). *See* Mem., ECF No. 99; *see also* Opp., ECF No. 109. The Court referred the motion to the Honorable Gabriel W. Gorenstein for a report and recommendation ("R&R"). *See* ECF No. 16.

    After careful consideration, Judge Gorenstein issued an R&R recommending that Plaintiff's motion be denied because he failed to demonstrate irreparable harm and the harm he identified is self-inflicted. *See* R&R at 12–16, ECF No. 122. Despite notification of the right to object to the R&R, and multiple extensions of the deadline, no objections were filed, and the time to do so has now passed. *See* R&R at 17; ECF Nos. 131, 134, 137; Fed. R. Civ. P. 72(b)(2).[1] Because no objections were made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Gorenstein's thorough and well-reasoned R&R.

    Accordingly, the Court ADOPTS the R&R in its entirety. Plaintiff's motion for a preliminary injunction is DENIED. The Clerk of Court is respectfully directed to mail and email a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated:  May 5, 2026
     New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Objections to the R&R were initially due by March 18, 2026. *See* R&R at 17. The Court granted Plaintiff's first request for an extension to file his objections by March 27, 2026. *See* ECF No. 131. On April 9, 2026, after missing the Court's deadline, Plaintiff filed a belated extension request to file his objections by April 30, 2026, which the Court granted. *See* ECF Nos. 134, 137. The Court has received no objections to the R&R, nor a request for a further extension. The Court is aware that Plaintiff's access to PACER was disabled due to his nonpayment of fees, *see* ECF No. 138, but agrees with Judge Gorenstein that the accrual of PACER charges was "completely avoidable" and that the accrual does not prevent Plaintiff from making required filings, *see* ECF No. 140 at 1–2. Indeed, on April 20, 2026, Judge Gorenstein informed Plaintiff that the Court "will not delay this case any further in the meantime" and directed him to make filings "by emailing documents to the Pro Se Office at: prose@nysd.uscourts.gov." *Id.* at 2.