UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EGE KILINC,                                                      :
                                                                 :      ORDER
                                                                 :
                        Plaintiff,                               :
                                                                        25 Civ. 7931 (AT) (GWG)
                                                                 :
        -v.-                                                     :
                                                                 :
PMMUE EDUSERVICES PRIVATE LIMITED                               :
et al.,                                                          :
                                                                 :
                        Defendants.                             :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The Court notes that pursuant to Local Rule 6.1(b) plaintiff's opposition to the motion to dismiss (Docket # 155) was due on June 16, 2026.  While plaintiff did not timely file opposition or seek an extension, the issue is now moot inasmuch as plaintiff has timely filed an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B).  That amended complaint supersedes the original complaint.  Accordingly, the motion to dismiss (Docket # 155) is deemed withdrawn as moot.

        The defendants to the original complaint shall respond to the amended complaint as provided in Fed. R. Civ. P. 15(a)(3).  If these defendants intend to file a motion to dismiss, they may satisfy the obligation to respond by filing a letter requesting permission to move to dismiss.

        At plaintiff's request (Docket # 166), plaintiff's status as proceeding In Forma Pauperis is hereby revoked.   Any other application for relief in Docket # 166 is denied.

        SO ORDERED.

Dated: June 30, 2026
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge