UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

EGE KILINC,

Plaintiff,

-v.-

PMMUE EDUSERVICES PRIVATE LIMITED et al.,

Defendants.
---------------------------------------------------------------X

ORDER

25 Civ. 7931 (AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court has serious concerns as to the viability of the First Amended Complaint both under Fed. R. Civ. P. 8 and 12(b)(6). These concerns are echoed in defendants' letter dated July 7, 2026 (Docket # 168). The Court grants plaintiff's request (Docket # 170) for an extension to July 13, 2026, to respond to that letter.

The Court will address its concerns in due course and after considering plaintiff's response. In the meantime, the Court directs the Clerk not to issue any summonses based on the First Amended Complaint until further Order of the Court. Additionally, plaintiff shall make no attempt otherwise to serve the First Amended Complaint until further Order of the Court.

The time for service of the First Amended Complaint under Fed. R. Civ. P. 4(m) is extended sine die. The Court will set a new deadline for service after it makes its determination as to the viability of the First Amended Complaint.

SO ORDERED.

Dated: July 10, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge