UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EGE KILINC,

Plaintiff,

-v.-

PMMUE EDUSERVICES PRIVATE LIMITED et al.,

Defendants.

---------------------------------------------------------------X

ORDER

25 Civ. 7931 (AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Plaintiff has filed a First Amended Complaint that suffers from serious defects as reflected in the defendants' letter dated July 7, 2026 (Docket # 168). Plaintiff now requests permission to file a letter that would attach a proposed Second Amended Complaint. (Docket # 172). Defendants oppose this course of action. (Docket # 173)

In light of plaintiff's pro se status, the Court will allow plaintiff to file a letter seeking permission to file a Second Amended Complaint. Any such letter (with the attached proposed Second Amended Complaint) shall be filed by August 10, 2026. Any response shall be filed by August 17, 2026.

Plaintiff should draft the Second Amended Complaint on the understanding that if permission is granted to file that complaint, there is little chance he will have any further opportunity to amend, and thus his claims will rise or fall based on the viability of the Second Amended Complaint.

SO ORDERED.

Dated: August 3, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge