UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EGE KILINC,

Plaintiff,

-v.-

PMMUE EDUSERVICES PRIVATE LIMITED et al.,

Defendants.

---------------------------------------------------------------X

ORDER

25 Civ. 7931 (AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The plaintiff's papers filed in opposition to the motion to dismiss are infirm for at least two reasons: (1) the memorandum of law (Docket # 188) is filled with copious extraneous material that is unnecessary to address the legal arguments made in defendants' motion or the Order to Show Cause; and (2) the plaintiff has relied on a declaration (Docket # 189) that inappropriately injects new facts and exhibits into the briefing on the motion. Neither document will be considered by the Court for purposes of deciding the motion.

Unlike plaintiff, the defendants are entitled to inject facts outside the Second Amended Complaint into the briefing on this motion, but only for the purpose of supporting their motions under Rule 12 and in accordance with governing legal principles. To make sure plaintiff is put on notice of precisely what those outside facts are, the defendants are directed to file a statement (the "Rule 12.1 Statement") that lists each fact defendants rely on for their motion that is not contained in the Second Amended Complaint. Any fact listed in the Rule 12.1 Statement shall be accompanied by a citation to the part of the record on which that fact is based. The Rule 12.1 Statement shall be filed on or before November 2, 2026.

To the extent plaintiff disputes any fact in the Rule 12.1 Statement, he may file, on or before November 16, 2026, a sworn statement that addresses the truth of the facts listed in that statement but only those facts. No other facts shall be included in the sworn statement. Also, no exhibits shall be attached unless they directly relate to plaintiff's disputing of a fact in the Rule 12.1 Statement. If plaintiff requires discovery in order to address one of the facts, he may request it as provided in Fed. R. Civ. P. 56(d). If plaintiff does not contest any of the facts in the Rule 12.1 Statement, he need not file any statement in response.

On or before November 16, 2026, plaintiff shall also file an amended memorandum of law that addresses solely the arguments made in the defendants' memorandum of law and the Order to Show Cause. This memorandum shall be no longer than 10,000 words.

To account for the Thanksgiving holiday, defendants' deadline to file a reply brief is extended to December 3, 2026. The reply brief shall be no longer than 7,500 words.

SO ORDERED.

Dated: October 28, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge